# United States Bankrupcy Court

### Northern District of Illinois, Eastern Division

IN RE:  Jose A Carreon ) Chapter 13
) Case No. 14 B 00247
Debtor(s) ) Judge A. Benjamin Goldgar

## Notice of Motion

Jose A Carreon
2455 N. Marmora, #2
Chicago, IL  60639

Debtor Attorney: Robert J Semrad & Associates
via Clerk's ECF noticing procedures

On April 08, 2014 at 11:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, March 21, 2014.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/06/2014.

2. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

3. Debtor has failed to provide required tax returns for years 2009 and 2010.

4. Debtor has failed to file an Amended Schedule I to list new employment and provide new current paystubs.

5. Debtor has failed to file an Amended Schedule J to list higher rent amount at $200/month.

6. Debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE